Ryan J. Vlasak (SBN 241581)
Michael R. Bracamontes (SBN 242655)
Kristen M. Ross (SBN 250917)
BRACAMONTES & VLASAK, P.C.
220 Montgomery Street, Suite 870
San Francisco, CA 94104
Phone: (415) 835-6777
Fax:    (415) 835-6780
kross@bvlawsf.com

Attorneys for Plaintiffs Howard Steiner and Barry Taylor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOWARD STEINER and BARRY TAYLOR,<br><br>Plaintiffs,<br><br>vs.<br><br>HOME DEPOT, U.S.A., INC., *et al.*,<br>Defendants. | CASE NO.: C11-06495-MEJ<br><br>**STIPULATION AND ORDER CONTINUING MEDIATION AND EXPERT DISCOVERY DEADLINES** |

On March 19, 2012, the Court ordered the parties to complete mediation within 90 days, on or before June 18, 2012. Due to the parties' and mediator's schedules, particularly the mediator's unavailability during the month of June of 2012 and counsel for Plaintiffs' unavailability due to trial during the month of July of 2012, the parties agreed to mediate this case on August 28, 2012. Accordingly, pursuant to Stipulation, the parties hereby agree as follows:

1. The deadline to mediate shall be continued to August 31, 2012.
2. The deadline to disclose expert witnesses shall be continued to November 16, 2012.
3. The deadline to disclose rebuttal expert witnesses shall be continued to November 30, 2012.
4. The deadline to complete expert discovery shall be continued to December 28, 2012.
5. The deadline to complete fact discovery shall remain on October 2, 2012.

///

- *1* -

*Steiner, et al. v. Home Depot, U.S.A., Inc., et al. – Stipulation and Order Continuing Deadline Mediation and Expert Discovery Deadlines*

IT IS SO STIPULATED:

Dated: April 27, 2012     By: /s/ Kristen M. Ross
                              Kristen M. Ross, Esq.
                              Attorney for Plaintiffs


Dated: April 27, 2012     By: /s/ Nyoki T. Sacramento
                              Nyoki T. Sacramento, Esq.
                              Attorney for Defendant

*Pursuant to General Order 45, §X.B., the filer of this document attests that she has received the concurrence of this signatory to file this document.

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. The deadline to mediate is continued to August 31, 2012.
2. The deadline to disclose expert witnesses is continued to November 16, 2012.
3. The deadline to disclose rebuttal expert witnesses is continued to November 30, 2012.
4. The deadline to complete expert discovery is continued to December 28, 2012.
5. The deadline to complete fact discovery shall remain on October 2, 2012.

Dated: April 30, 2012



Judge Maria-Elena James
United States District Court, Northern District of California

- 2 -

*Steiner, et al. v. Home Depot, U.S.A., Inc., et al.* – Stipulation and Order Continuing Deadline Mediation and Expert Discovery Deadlines