1  James T. Conley, State Bar No. 224174
   james.conley@ogletreedeakins.com
2  Nyoki T. Sacramento, State Bar No. 239046
   nyoki.sacramento@ogletreedeakins.com
3  Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:    415.442.4810
   Facsimile:    415.442.4870
6
   Attorneys for Defendant
7  HOME DEPOT U.S.A., INC.

8  Ryan J. Vlasak, State Bar No. 241581
   rvlasak@bvlawsf.com
9  Michael R. Bracamontes, State Bar No. 242655
   mbracamontes@bvlawsf.com
10 Kristen M. Ross, State Bar No. 250917
   kross@bvlawsf.com
11 BRACAMONTES & VLASAK, P.C.
   220 Montgomery Street, Suite 870
12 San Francisco, CA  94104
   Telephone:  (415) 835-6777
13 Facsimile:  (415) 835-6780

14 Attorneys for Plaintiffs
   HOWARD STEINER and BARRY TAYLOR
15

16

17              **UNITED STATES DISTRICT COURT**

18          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

19

20 HOWARD STEINER and BARRY TAYLOR,      Case No. C 11 6495 MEJ

21          Plaintiffs,                  **JOINT STIPULATION AND [PROPOSED]**
                                         **ORDER CONTINUNG MEDIATION**
22      vs.                              **DEADLINE**

23 THE HOME DEPOT, U.S.A., INC. and DOES 1
   through 20, inclusive,                Action Filed:   November 18, 2011
24                                       Trial Date:     April 8, 2013
          Defendants.
25

26

27

28

Pursuant to Civil Local Rules 6-2, 7-12, AND ADR Local Rule 6-5, Defendant Home Depot U.S.A., Inc. ("Defendant") and Plaintiffs Howard Steiner and Barry Taylor ("Plaintiffs") (collectively the "Parties") submit the following stipulation for an extension of time to complete mediation in this action.  Good cause exists to extend the deadline.

1.      On March 19, 2012, the Court ordered the parties to complete mediation within 90 days.

2.      On April 30, 2012, the Parties submitted a stipulation seeking to continue the mediation deadline and expert discovery deadlines due to the Parties' and the mediator's conflicting schedules.  On that same day, the Court ordered that the deadline to complete mediation be continued to August 31, 2012.

3.      On or about June 15, 2012, Defendant's former lead trial counsel, Andrew Jaramillo, resigned from his position as a shareholder at Ogletree, Deakins, Nash, Smoak, & Stewart, P.C., and he is no longer representing Defendant in this action.

4.      Pursuant to the Notice of Change of Counsel, which Defendant filed with the Court on July 13, 2012, James T. Conley is now Defendant's lead trial counsel in this action.  As a result of this substitution, the interests of justice, fairness and equity dictate that the Court exercise its discretion and extend the mediation deadline so that Defendant's new lead trial counsel, Mr. Conley, can have adequate time to review the files, prepare Defendant's witnesses, and prepare for an effective mediation.

**NOW, THEREFORE,** the Parties, through their respective counsel of record **AGREE AND HEREBY STIPULATE AND REQUEST** that the Court extend the mediation deadline as follows:

The deadline to complete mediation shall be continued to September 28, 2012.

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE

1   **IT IS SO STIPULATED, BY AND THROUGH COUNSEL OF RECORD.**

2

3   DATED:  August 10, 2012

                              BRACAMONTES & VLASAK, P.C.
4

5

6                             By:   /s/ Kristen M. Ross
                                    Ryan J. Vlasak
7                                   Michael R. Bracamontes
                                    Kristen M. Ross
8

9                             Attorneys for Plaintiffs
                              HOWARD STEINER and BARRY TAYLOR
10
    DATED:  August 10, 2012
11                            OGLETREE, DEAKINS, NASH, SMOAK &
                              STEWART, P.C.
12

13

14                            By:   / s /  Nyoki T. Sacramento
                                    Nyoki T. Sacramento
15                                  James T. Conley

16                            Attorneys for Defendant
                              HOME DEPOT U.S.A., INC.
17

18
                              *Pursuant to General Order 45, §X.B, the filer*
19                            *of this document attests that he/she has*
                              *received the concurrence of this signatory to*
20                            *file this document.*

21

22
        **PURSUANT TO STIPULATION, IT IS SO ORDERED that:**
23
        The deadline to complete mediation shall be continued to September 28, 2012.
24

25

26

27   Dated:  _____August 10, 2012_____

28                                                  Judge Maria-Elena James

                                        3                    Case No. CV 11 6495 MEJ
        JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE