1 | James T. Conley, State Bar No. 224174
james.conley@ogletreedeakins.com
2 | Nyoki T. Sacramento, State Bar No. 239046
nyoki.sacramento@ogletreedeakins.com
3 | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Steuart Tower, Suite 1300
4 | One Market Plaza
San Francisco, CA 94105
5 | Telephone:   415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

Ryan J. Vlasak, State Bar No. 241581
rvlasak@bvlawsf.com
Michael R. Bracamontes, State Bar No. 242655
mbracamontes@bvlawsf.com
Kristen M. Ross, State Bar No. 250917
kross@bvlawsf.com
BRACAMONTES & VLASAK, P.C.
220 Montgomery Street, Suite 870
San Francisco, CA 94104
Telephone: (415) 835-6777
Facsimile:  (415) 835-6780

Attorneys for Plaintiffs
HOWARD STEINER and BARRY TAYLOR

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD STEINER and BARRY TAYLOR,<br><br>Plaintiffs,<br><br>vs.<br><br>THE HOME DEPOT, U.S.A., INC. and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C 11 6495 MEJ<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUNG MEDIATION DEADLINE**<br><br>Action Filed:   November 18, 2011<br>Trial Date:      April 8, 2013 |

Pursuant to Civil Local Rules 6-2, 7-12, AND ADR Local Rule 6-5, Defendant Home Depot U.S.A., Inc. ("Defendant") and Plaintiffs Howard Steiner and Barry Taylor ("Plaintiffs") (collectively the "Parties") submit the following stipulation for an extension of time to complete mediation in this action. Good cause exists to extend the deadline.

1. On March 19, 2012, the Court ordered the parties to complete mediation within 90 days.

2. On April 30, 2012, the Parties submitted a stipulation seeking to continue the mediation deadline and expert discovery deadlines due to the Parties' and the mediator's conflicting schedules. On that same day, the Court ordered that the deadline to complete mediation be continued to August 31, 2012.

3. On or about June 15, 2012, Defendant's former lead trial counsel, Andrew Jaramillo, resigned from his position as a shareholder at Ogletree, Deakins, Nash, Smoak, & Stewart, P.C., and he is no longer representing Defendant in this action.

4. Pursuant to the Notice of Change of Counsel, which Defendant filed with the Court on July 13, 2012, James T. Conley is now Defendant's lead trial counsel in this action. As a result of this substitution, the interests of justice, fairness and equity dictate that the Court exercise its discretion and extend the mediation deadline so that Defendant's new lead trial counsel, Mr. Conley, can have adequate time to review the files, prepare Defendant's witnesses, and prepare for an effective mediation.

**NOW, THEREFORE,** the Parties, through their respective counsel of record **AGREE AND HEREBY STIPULATE AND REQUEST** that the Court extend the mediation deadline as follows:

The deadline to complete mediation shall be continued to September 28, 2012.

**IT IS SO STIPULATED, BY AND THROUGH COUNSEL OF RECORD.**

DATED: August 10, 2012

        BRACAMONTES & VLASAK, P.C.

        By: /s/ Kristen M. Ross
        Ryan J. Vlasak
        Michael R. Bracamontes
        Kristen M. Ross

        Attorneys for Plaintiffs
        HOWARD STEINER and BARRY TAYLOR

DATED: August 10, 2012

        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

        By: / s / Nyoki T. Sacramento
        Nyoki T. Sacramento
        James T. Conley

        Attorneys for Defendant
        HOME DEPOT U.S.A., INC.

*Pursuant to General Order 45, §X.B, the filer of this document attests that he/she has received the concurrence of this signatory to file this document.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED that:**

The deadline to complete mediation shall be continued to September 28, 2012.

Dated: August 10, 2012

_____
Judge Maria-Elena James