James T. Conley, State Bar No. 224174
james.conley@ogletreedeakins.com
Nyoki T. Sacramento, State Bar No. 239046
nyoki.sacramento@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:     415.442.4810
Facsimile:      415.442.4870

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD STEINER and BARRY TAYLOR,<br><br>    Plaintiffs,<br><br>  vs.<br><br>HOME DEPOT, U.S.A., INC. and DOES 1-20, inclusive,<br><br>    Defendants. | Case No. CV 11 6495 MEJ<br><br>**[PROPOSED]** ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE<br><br>Action Filed:     November 18, 2011 |

PURSUANT TO THE STIPULATION OF THE PARTIES, filed on October 22, 2012, and for good cause shown, this action is hereby dismissed with prejudice, with each party to bear their own costs and attorneys' fees.  The Clerk shall close the file.

IT IS SO ORDERED.

Dated: __October 23, 2012_____          _____
                                                                    Honorable Maria Elena-James
                                                                    Judge of the United States District Court

13414566.1 (OGLETREE)